**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00127-CR

### CLARENCE DANNEL DUNNINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80895-2013**

## ORDER

The Court **ORDERS** court reporter LaTresta Ginyard, to file by **JANUARY 15, 2015**, a supplemental record containing State's Exhibit no. 75.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the LaTresta Ginyard, court reporter, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE